## JONATHAN C. STEVENS *versus* DEWITT CURTIS, Administrator.

*Sept. 23d.*

IN this case it was resolved, that if a man finds stray cattle in his field, he is not bound to impound them or retain them for the owner, but may drive them off into the highway, without being guilty of a conversion.